# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Western District of Texas

Case Number: 1:21-CV-00058-RP

Plaintiff:
**JOHN WELLS**

vs.

Defendant:
**WEBBANK CORPORATION D/B/A FINGERHUNT CREDIT, EQUIFAX SERVICES, LLC AND EXPERIAN INFORMATION SOLUTIONS, INC.**

2021000264

For:
Joseph M. Panvini
McCarthy Law PLC
joseph.panvini@mccarthylawyer.com
4250 N Drinkwater Blvd, Ste 320
Scottsdale, AZ 85251-3983

Received by Statewide Civil Process, Inc. on the 26th day of January, 2021 at 8:36 am to be served on **EQUIFAX INFORMATION SERVICES, LLC C/O CORPORATION SERVICE COMPANY, 211 E 7TH ST, STE 620, AUSTIN, TX 78701.**

I, Kelly Murski, do hereby affirm that on the **27th day of January, 2021** at **3:10 pm, I:**

delivered to the within named defendant, **EQUIFAX INFORMATION SERVICES, LLC** a true copy of the **Summons and Complaint** with the date of service endorsed thereon by me to **CORPORATION SERVICE COMPANY BY DELIVERING TO SAMANTHA GUERRA at 211 E 7TH ST, STE 620, AUSTIN, TX 78701**, in the county of **Travis** as **AUTHORIZED PERSON TO ACCEPT SERVICE** for **EQUIFAX INFORMATION SERVICES, LLC.**

**Additional Information pertaining to this Service:**
GPS: 30.2687, -97.7407

**Description** of Person Served: Age: 28, Sex: F, Race/Skin Color: Hispanic, Height: 5'2", Weight: 150, Hair: Brown, Glasses: N

**Under Penalty of Perjury Declaration:** My name is Kelly Murski, date of birth 06/11/1963. My address is f/ka Kelly J. Land, 3575 Far West Blvd # 27011, Austin, TX 78731-3064. I declare under penalty of Perjury that the foregoing is true and correct.

Executed in Travis County, Texas, on 1/28/21.

Kelly Murski
PSC-5912  EXP 10/31/2022

Statewide Civil Process, Inc.
13279 Pond Springs Road
Suite 2
Austin, TX 78729
(877) 287-1364

Our Job Serial Number: WMC-2021000264
Ref: EQUIFAX INFO SERVICES
Service Fee: $80.00

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-58

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Equifax Information Services, LLC c/o Corporation Service Company
was received by me on *(date)* 1/26/2021 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Samantha Guerra , who is
designated by law to accept service of process on behalf of *(name of organization)* Corporation Service Company
Delivered at: 211 E 7th St, Ste 620, Austin TX 78701 on *(date)* 1/26/2021 @ 3:10 PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 80.00 .

I declare under penalty of perjury that this information is true.

Date: 1/28/21

*Server's signature*

Kelly Murski  PSC-5912  |  EXP 10/31/2022
*Printed name and title*

Statewide Civil Process, Inc-13279 Pond Springs Rd, Ste 2, Austin TX 78729
*Server's address*

Additional information regarding attempted service, etc: